No. 12-15-00080-CV

## IN THE COURT OF APPEALS
### FOR THE TWELFTH SUPREME JUDICIAL DISTRICT
### OF TEXAS

---

## IN THE MATTER OF THE MARRIAGE OF EDSEL AMOS DIXON AND HEATHER D. DIXON AND IN THE INTEREST OF ASHLEY LYNN DIXON, A CHILD

---

On Appeal from the
354th Judicial District Court
of Rains County, Texas
In Cause No. 9544

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 21 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

## REQUEST TO POSTPONE ALL APPEAL DEADLINES

---

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES EDSEL AMOS DIXON, Appellant herein, and files this Request to postpone all appeal deadlines and would show the Court as follows:

1. On May 8th, 2015 Appellant received the attached Exhibit "A" from the Rains County District Clerk in regards to Cause No. 9544. The Notice Of Jury Docket Setting sets the above referenced case on the Court's jury trial docket for January 19th, 2016 at 9:00am.

2. The setting of the above referenced case for Jury trial is a clear indication that the final judgement signed on January 23, 2015 was in fact not final. All issues and claims have not been decided, therefore said judgement signed on January 23, 2015 was not a final judgement or order.

3. Appellant would respectfully request pursuant to Tex. R. App. P. 27.1.(a) and 27.2. that this court accept this appeal as being prematurely filed and that all deadlines for this appeal be continued until further judgement of all issues is decided after the Jury Trial set for January 19th, 2016.

4. This Request is not made for delay, but rather so that Appellant may have the opportunity to appeal all orders or judgements decided in this cause number if necessary.

Wherefore premises considered, Appellant requests that this Court grant this request and postpone all deadlines to perfect this appeal, pending Jury Trial set for **January 19th, 2016.**

Respectfully Submitted,

Edsel Amos Dixon
Pro Se Litigant
732 Weddle Dr.
Grapevine, TX 76051
682-301-0592
eddixon903@gmail.com



# DEBORAH TRAYLOR



### DISTRICT CLERK
### RAINS COUNTY
### Office: 903/473-5000 Ext. 101 • Facsimile: 903/473-5008

## May 8, 2015

## NOTICE OF JURY DOCKET SETTING

H. CRAIG BLACK
ATTORNEY AT LAW
2510 LEE STREET
GREENVILLE, TX 75401

EDSEL A. DIXON
732 WEDDLE DRIVE
GRAPEVINE, TX 76051

### CAUSE #9544
### IN THE MATTER OF THE MARRIAGE OF DIXON

Dear Gentlemen:

Pursuant to EDSEL DIXON's request and payment of $30.00, the above-referenced case has been set on the Court's Jury Trial Docket for **TUESDAY, JANUARY 19, 2016 at 9:00am**.

The available pretrial dates, if requested, include the 2nd and 4th Fridays of each month, provided the hearing can take place in one hour or less.

Please be advised, the Honorable Judge RICHARD BEACOM only has jury trials twice a year.

Please contact our office to coordinate any settings.

If you have any questions, please do not hesitate to call me at (903)473-5000, ext 102.

Sincerely,

LAURA PATE
DEPUTY

/lp

220 WEST QUITMAN STREET • P.O. BOX 187 • EMORY, TEXAS 75440